[No. 58795-1-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CESAR MIRANDA-RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-05764-3, Bruce W. Hilyer, J., entered August 28, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Ellington, JJ.

[No. 58806-1-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY ROSS GILES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11686-9, Douglas D. McBroom, J., entered August 21, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58843-5-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CUAUHTEMOC SALAS-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04138-7, Andrea A. Darvas, J., entered August 18, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58897-4-I. Division One. December 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. V.S.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-00651-0, Carol A. Schapira, J., entered August 30, 2006. *Affirmed* by unpublished per curiam opinion.